

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:      01-13-00094-CR, 01-13-00095-CR, 01-13-00097-CR, 01-13-00098-CR

Style:      John R. Dolard

     **v.** The State of Texas

Date motion filed[*]:      July 26, 2013

Type of motion:      Motion for Extension of Time

Party filing motion:      Appellant

Document to be filed:      Appellant's Brief

If motion to extend time:

     Deadline to file document:      July 29, 2013

     Number of previous extensions granted:      2

     Length of extension sought:      60 days

Ordered that motion is:

     ☑      Granted
         If document is to be filed, document due: **September 30, 2013**

         ☐    The Clerk is instructed to file the document as of the date of this order
         ☑ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: **/s/ Harvey Brown**
         ☑ Acting individually      ☐ Acting for the Court

Date: July 31, 2013

November 7, 2008 Revision